IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TYIASE HASAN | ) CASE NO: 1:20-CV-6295 |
| Plaintiff | ) Hon. Gary Feinerman |
| v. | ) Hon. Jeffrey T. Gilbert |
| THE PNC FINANCIAL SERVICES GROUP, INC<br>Defendant. | ) |

## **PLAINTIFF'S RESPONSE IN OPPOSITION TO**
## **DEFENDANT'S MOTION FOR EXTENSION OF TIME**

NOW COMES Plaintiff, TYIASE HASAN, *PRO SE*; and responds in opposition to Defendant, THE PNC FINANCIAL SERVICES GROUP, INC's motion as follows:

**Defendant's Motion Should be Denied.**

1. On October 23, 2020, Plaintiff filed his Complaint against Defendant for violations of the Fair Debt Collections Act ("FDCPA"); Illinois Consumer Fraud and Deceptive Business Practices Act; and common law conversion. *See* R.1.

2. Summons issued on October 23, 2020.

3. On October 29, 2020, summons was returned executed as to the Defendant. *See* R.3.

4. Accordingly, Defendant's answer or other response to the Complaint is due within 21 days of the date of the returned summons, or by November 19, 2020 as required per Fed. R. Civ. P. 12(a)(1).

5. On November 9, 2020, Defendant filed its appearance in this matter. *See* R.5.

1

6. Defendant already has had ample opportunity to respond to the Complaint which is less than 10 pages in length; and is supported by exhibits that on their face were generated by the Defendant itself. There is no need to delay this proceeding. Parties are not free to ignore a deadline to answer a complaint, and a litigant who "unilaterally decides to march to the beat of its own drum" does so at its own peril. *Central Ill. Carpenters Health & Welfare Trust Fund v. Con-Tech Carpentry, LLC*, No. 15-1269, 2015 U.S. App. LEXIS 20390 at *4 (7th Cir. Nov. 6, 2015).

7. Accordingly, Defendant's Motion should be denied.

WHEREFORE, Plaintiff demands that this Court denies Defendant's Motion.

**Law Office of Tyiase H. Hasan**  
**22 W. Washington, Suite 1500**  
**Chicago, IL 60602**  
**(312) 468 - 7280**  
**info@tyiaseatlaw.com**

Tyiase Hasan, *Esq*.  
*Pro Se*  
IL ARDC No. 6313009

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TYIASE HASAN | ) CASE NO: 1:20-CV-6295 |
| Plaintiff | ) Hon. Gary Feinerman |
| v. | ) Hon. Jeffrey T. Gilbert |
| THE PNC FINANCIAL SERVICES GROUP, INC | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of Plaintiff's Response in Opposition to Defendant's Motion for Extension of Time to be served on the Defendant's Counsel of record:

> Alexander Wright, *Esq.*
> Dinsmore & Shohl LLP
> 222 W. Adams St, Suite 3400
> Chicago, IL 60606
> alexander.wright@dinsmore.com

by filing the same in this District's CM/ECF system; and emailing the same to Defendant's Counsel on this 18TH day of NOVEMBER 2020 per the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EIGHTH AMENDED GENERAL ORDER 20-0012 NOVEMBER 13, 2020 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY.

Tyiase Hasan, *Esq.*
Pro Se
IL ARDC No. 6313009

**Tyiase Hasan, *Esq*.**
**Law Office of Tyiase H. Hasan**
**22 W. Washington, Suite 1500**
**Chicago, IL 60602**
**(312) 468 – 7280**

3

**info@tyiaseatlaw.com**